## Commonwealth *v.* Hare, Appellant.

Submitted April 12, 1971. *A. M. Cohen* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., took no part in the consideration or decision of this case.